UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN L. BREWER,

          Plaintiff,

v.                             Case No. 13-14751

COMMISSIONER OF SOCIAL      HON. TERRENCE G. BERG
SECURITY,                       HON. MONA K. MAJZOUB

          Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 10)

This matter is before the Court on Magistrate Judge Mona K. Majzoub's November 4, 2014 Report and Recommendation (Dkt. 10), recommending that Plaintiff's motion for summary judgment (Dkt. 8) be DENIED, that Defendant's motion for summary judgment (Dkt. 9) be GRANTED, and that the Commissioner be AFFIRMED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court has reviewed and will accept the Magistrate's Report and Recommendation of November 4, 2014, as this Court's findings of fact and conlcusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of November 4, 2014 (Dkt. 10) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 8) is **DENIED**, Defendant's motion for summary judgment (Dkt. 9) is **GRANTED,** and the findings and conclusions of the Commissioner are **AFFIRMED**.

    **SO ORDERED.**

                                                  s/Terrence G. Berg  
                                                  TERRENCE G. BERG  
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 1, 2014

## Certificate of Service

I hereby certify that this Order was electronically submitted on December 1, 2014, using the CM/ECF system, which will send notification to each party.

                                          By: s/A. Chubb  
                                               Case Manager